IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ARETAGO GATES, (01),<br>[DOB: 06/02/1998]<br><br>MALIQUE BOOKER, (02),<br>[DOB: 05/01/1998]<br><br>CALVIN BERRY, (03),<br>[DOB: 05/03/1990]<br><br>DELSHAWN MCQUARTERS, (04),<br>[DOB: 04/15/1998]<br><br>BRIANNA TURNER-ATKINSON, (05),<br>[DOB: 08/26/1998]<br><br>ROBERT HALBERT, (06),<br>[DOB: 03/08/1981]<br><br>and<br><br>D'VANTAE HALE, (07),<br>[DOB: 04/08/1993]<br><br>　　　　　　　　　　Defendants. | Case No. 25-00158-01/07-CR-W-DGK<br>**COUNT ONE:**<br>*(Conspiracy to Traffic Firearms)*<br>18 U.S.C. §§ 933(a)(1), (3), and (b)<br>NMT: 15 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT TWO:**<br>*(Engaging in Firearm Sales Without a License)*<br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>NMT: 5 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class D Felony<br><br>**COUNTS THREE through TWELVE, and TWENTY-TWO:**<br>*(Trafficking Firearms)*<br>18 U.S.C. §§ 933(a)(1) and (b)<br>NMT: 15 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT THIRTEEN:**<br>*(Conspiracy to Make False Statements in the Acquisition of Firearms)*<br>18 U.S.C. §§ 371 and 922(a)(6)<br>NMT: 5 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class D Felony |

**COUNTS FOURTEEN through TWENTY-ONE:**
*(Making False Statements in the Acquisition of Firearms)*
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
NMT: 10 Years' Imprisonment
NMT: $250,000 Fine
NMT: 3 Years' Supervised Release
Class C Felony

**FORFEITURE ALLEGATION**
18 U.S.C. §§ 924(d), 934

$100 Mandatory Special Assessment For Each Count

# S U P E R S E D I N G   I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

| Defendant | Name | Counts |
|---|---|---|
| 1 | ARETAGO GATES | 1-5, 7-10, 13, 22, FA |
| 2 | MALIQUE BOOKER | 1, 2, 6-12, 13, 22, FA |
| 3 | CALVIN BERRY | 1, 13, 14, 18, FA |
| 4 | DELSHAWN MCQUARTERS | 1, 13, 15, FA |
| 5 | BRIANNA TURNER-ATKINSON | 1, 13, 16, 20, FA |
| 6 | ROBERT HALBERT | 1, 13, 17, 21, FA |
| 7 | D'VANTAE HALE | 1, 13, 19, FA |

## COUNT ONE
*(Conspiracy to Traffic Firearms)*

Between on or about, December 30, 2024, and May 29, 2025, said dates being approximate, in the Western District of Missouri and elsewhere, the defendants, **ARETAGO GATES, MALIQUE BOOKER, CALVIN BERRY, DELSHAWN MCQUARTERS, BRIANNA TURNER-ATKINSON, ROBERT HALBERT,** and **D'VANTAE HALE**, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, including the following firearms:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 22039547;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 22039548;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24031250;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24040895;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061485;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061486;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061487;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061489;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061493;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061494;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061495;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061496;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061499;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061500;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073590;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073976;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073979;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24080709;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24080978;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24141468;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195251;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195253;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195685;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195692;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195902;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24201447;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24215438;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 25044339; and

- A Windham Weaponry Inc., Model WW-15, 7.62 mm, semiautomatic pistol, bearing Serial Number WW002847.

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1), (3) and (b).

## COUNT TWO
*(Engaging in Firearm Sales Without a License)*

Between on or about, December 30, 2024, and May 29, 2025, said dates being approximate, in the Western District of Missouri and elsewhere, the defendants, **ARETAGO GATES** and **MALIQUE BOOKER**, none being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE
*(Trafficking Firearms)*

On or about the December 30, 2024, in the Western District of Missouri, the defendant, **ARETAGO GATES**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 22039548;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT FOUR
*(Trafficking Firearms)*

On or about January 3, 2025, in the Western District of Missouri, the defendant, **ARETAGO GATES**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24040895; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 22039547;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT FIVE
### *(Trafficking Firearms)*

On or about January 15, 2025, in the Western District of Missouri, the defendant, **ARETAGO GATES**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24080978; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24080709;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT SIX
### *(Trafficking Firearms)*

On or about January 27, 2025, in the Western District of Missouri, the defendant, **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24141468;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT SEVEN
*(Trafficking Firearms)*

On or about February 6, 2025, in the Western District of Missouri, the defendants, **ARETAGO GATES** and **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195692; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195685;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT EIGHT
*(Trafficking Firearms)*

On or about February 13, 2025, in the Western District of Missouri, the defendants, **ARETAGO GATES** and **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195251; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195253;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT NINE
*(Trafficking Firearms)*

On or about February 27, 2025, in the Western District of Missouri, the defendants, **ARETAGO GATES** and **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24031250;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073976;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073979; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195902;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT TEN
*(Trafficking Firearms)*

On or about March 13, 2025, in the Western District of Missouri, the defendants, **ARETAGO GATES** and **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061495; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073590;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT ELEVEN
*(Trafficking Firearms)*

On or about the March 26, 2025, in the Western District of Missouri, the defendant, **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061494;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT TWELVE
*(Trafficking Firearms)*

On or about the April 23, 2025, in the Western District of Missouri, the defendant, **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061485;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061486;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061489;

9

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061493;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061499;

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061500; and

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24215438;

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT THIRTEEN
*(Conspiracy to Make False Statements in the Acquisition of Firearms)*

From on or about January 10, 2025, continuing until on or about April 13, 2025, in the Western District of Missouri, the defendants, **ARETAGO GATES, MALIQUE BOOKER, CALVIN BERRY, DELSHAWN MCQUARTERS, BRIANNA TURNER-ATKINSON, ROBERT HALBERT**, and **D'VANTAE HALE**, knowingly conspired, combined, confederated and agreed with each other, to violate the laws of the United States, specifically, to knowingly make materially false and fictitious statements intended to deceive a licensed firearms dealer, in connection with the lawfulness of the acquisition of firearms, under chapter 44 of Title 18, and in violation of Title 18, United States Code, Section 922(a)(6).

### Manner and Means

It was part of the conspiracy that defendants BERRY, MCQUARTERS, TURNER-ATKINSON, HALBERT, and HALE (Straw Purchasers) would make a false and fictitious statement to a licensed firearms dealer, that they were the actual true buyer and transferee of the firearm to be purchased, which was a fact material to the lawfulness of the sale of the firearm to

10

the Straw Purchasers and intended to deceive the licensed firearms dealer into making the sale to the Straw Purchasers.

It was further part of the conspiracy that the Straw Purchasers were not the actual true buyer and transferee of the firearms to be purchased, when in fact the true buyer and transferee of the firearms were defendants GATES and BOOKER.

It was further part of the conspiracy that GATES, BOOKER, BERRY, MCQUARTERS, TURNER-ATKINSON, HALBERT, AND HALE would conceal the true buyer and transferee of the firearm from lawful authorities.

### Overt Acts

In furtherance of the conspiracy to make false statements in connection with the acquisition of firearms and to affect the object of the conspiracy, the following overt acts, among others, were committed or caused to be committed by the defendants in the Western District of Missouri and elsewhere:

(a) On or about January 10, 2025, defendant BERRY, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24080709, to defendant BERRY. Defendant BERRY represented that he was the actual buyer/transferee of the firearm, when in fact defendant BERRY was not the actual buyer/transferee of the firearm. Defendant BERRY purchased the firearm on behalf of defendant GATES.

(b) On or about January 10, 2025, defendant BERRY, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24141468, to defendant BERRY. Defendant

BERRY represented that he was the actual buyer/transferee of the firearm, when in fact defendant BERRY was not the actual buyer/transferee of the firearm. Defendant BERRY purchased the firearm on behalf of defendant BOOKER.

(c) On or about January 30, 2025, defendant MCQUARTERS, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195692, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195685 to defendant MCQUARTERS. Defendant MCQUARTERS represented that he was the actual buyer/transferee of the firearms, when in fact defendant MCQUARTERS was not the actual buyer/transferee of the firearms. Defendant MCQUARTERS purchased the firearms on behalf of defendant BOOKER.

(d) On or about February 11, 2025, defendant TURNER-ATKINSON, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195251, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195253 to defendant TURNER-ATKINSON. Defendant TURNER-ATKINSON represented that she was the actual buyer/transferee of the firearms, when in fact defendant TURNER-ATKINSON was not the actual buyer/transferee of the firearms. Defendant TURNER-ATKINSON purchased the firearms on behalf of defendant BOOKER.

(e) On or about February 25, 2025, defendant HALBERT, knowingly made a false and fictitious written statement to a licensed firearms dealer in Kansas City, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15

style, multi-caliber, pistol, bearing Serial Number 24073976, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073979 to defendant HALBERT. Defendant HALBERT represented that he was the actual buyer/transferee of the firearms, when in fact defendant HALBERT was not the actual buyer/transferee of the firearms. Defendant HALBERT purchased the firearms on behalf of defendant BOOKER.

(f) On or about March 5, 2025, defendant BERRY, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061494, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061495 to defendant BERRY. Defendant BERRY represented that he was the actual buyer/transferee of the firearms, when in fact defendant BERRY was not the actual buyer/transferee of the firearms. Defendant BERRY purchased the firearms on behalf of defendant BOOKER.

(g) On or about April 1, 2025, defendant HALE, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061485, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061486 to defendant HALE. Defendant HALE represented that he was the actual buyer/transferee of the firearms, when in fact defendant HALE was not the actual buyer/transferee of the firearms. Defendant HALE purchased the firearms on behalf of defendant BOOKER.

(h) On or about April 3, 2025, defendant TURNER-ATKINSON, knowingly made a false and fictitious written statement to a licensed firearms dealer in Independence, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15,

AR-15 style, multi-caliber, pistol, bearing Serial Number 24061499, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061500 to defendant TURNER-ATKINSON. Defendant TURNER-ATKINSON represented that she was the actual buyer/transferee of the firearms, when in fact defendant TURNER-ATKINSON was not the actual buyer/transferee of the firearms. Defendant TURNER-ATKINSON purchased the firearms on behalf of defendant BOOKER.

(i) On or about April 13, 2025, defendant HALBERT, knowingly made a false and fictitious written statement to a licensed firearms dealer in Kansas City, Missouri, as to a fact material to the lawfulness of the sale of an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061493, to defendant HALBERT. Defendant HALBERT represented that he was the actual buyer/transferee of the firearms, when in fact defendant HALBERT was not the actual buyer/transferee of the firearms. Defendant HALBERT purchased the firearms on behalf of defendant BOOKER.

All in violation of Title 18, United States Code, Section 371.

## COUNT FOURTEEN
*(Making False Statements in the Acquisition of Firearms)*

On or about January 10, 2025, in the Western District of Missouri, the defendant, **CALVIN BERRY**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24080709, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24141468, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant BERRY under Chapter 44 of Title 18, in that BERRY represented that he was the actual buyer/transferee of the firearms,

and BERRY was purchasing the firearms on behalf of ARETAGO GATES and MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIFTEEN
*(Making False Statements in the Acquisition of Firearms)*

On or about January 30, 2025, in the Western District of Missouri, the defendant, **DELSHAWN MCQUARTERS**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195692, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195685, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant MCQUARTERS under Chapter 44 of Title 18, in that MCQUARTERS represented that he was the actual buyer/transferee of the firearms, and MCQUARTERS was purchasing the firearms on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIXTEEN
*(Making False Statements in the Acquisition of Firearms)*

On or about February 11, 2025, in the Western District of Missouri, the defendant, **BRIANNA TURNER-ATKINSON**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195251, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24195253, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant TURNER-

ATKINSON under Chapter 44 of Title 18, in that TURNER-ATKINSON represented that she was the actual buyer/transferee of the firearms, and TURNER-ATKINSON was purchasing the firearms on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVENTEEN
*(Making False Statements in the Acquisition of Firearms)*

On or about February 25, 2025, in the Western District of Missouri, the defendant, **ROBERT HALBERT**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073976, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24073979, from a licensed firearms dealer in Kansas City, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant HALBERT under Chapter 44 of Title 18, in that HALBERT represented that he was the actual buyer/transferee of the firearms, and HALBERT was purchasing the firearms on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHTEEN
*(Making False Statements in the Acquisition of Firearms)*

On or about March 5, 2025, in the Western District of Missouri, the defendant, **CALVIN BERRY**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061494, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24191495, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant BERRY under Chapter 44 of Title 18,

in that BERRY represented that he was the actual buyer/transferee of the firearms, and BERRY was purchasing the firearms on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINETEEN
*(Making False Statements in the Acquisition of Firearms)*

On or about April 1, 2025, in the Western District of Missouri, the defendant, **D'VANTAE HALE**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061485, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061486, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant HALE under Chapter 44 of Title 18, in that HALE represented that he was the actual buyer/transferee of the firearms, and HALE was purchasing the firearms on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWENTY
*(Making False Statements in the Acquisition of Firearms)*

On or about April 3, 2025, in the Western District of Missouri, the defendant, **BRIANNA TURNER-ATKINSON**, in connection with the acquisition of firearms, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061499, and an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061500, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant TURNER-ATKINSON under Chapter 44 of Title 18, in that TURNER-ATKINSON represented that she was the actual

buyer/transferee of the firearms, and TURNER-ATKINSON was purchasing the firearms on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWENTY-ONE
*(Making False Statements in the Acquisition of a Firearm)*

On or about April 13, 2025, in the Western District of Missouri, the defendant, **ROBERT HALBERT**, in connection with the acquisition of a firearm, to wit: an Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061493, from a licensed firearms dealer in Independence, Missouri, did knowingly make a false and fictitious written statement to the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to defendant HALBERT under Chapter 44 of Title 18, in that HALBERT represented that he was the actual buyer/transferee of the firearm, and HALBERT was purchasing the firearm on behalf of MALIQUE BOOKER.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWENTY-TWO
*(Trafficking Firearms)*

On or about May 29, 2025, in the Western District of Missouri, the defendants, **ARETAGO GATES** and **MALIQUE BOOKER**, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061487;
- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24061496;
- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 24201447; and
- An Anderson Manufacturing, Model AM-15, AR-15 style, multi-caliber, pistol, bearing Serial Number 25044339; and

- A Windham Weaponry Inc., Model WW-15, 7.62 mm, semiautomatic pistol, bearing Serial Number WW002847.

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## FORFEITURE ALLEGATION

The allegations contained in Counts One, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, and Twenty-Two above are hereby incorporated as though fully set forth herein for the purpose of charging criminal forfeiture to the United States of America pursuant to Title 18, United States Code, Sections 924(d) and 934.

As a result of committing the firearms trafficking offenses alleged in Counts One, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, and Twenty-Two of this Indictment, **ARETAGO GATES, MALIQUE BOOKER, CALVIN BERRY, DELSHAWN MCQUARTERS, BRIANNA TURNER-ATKINSON, ROBERT HALBERT,** and **D'VANTAE HALE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, any and all property constituting, or derived from, any proceeds obtained directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to a forfeiture money judgment representing proceeds the defendants personally obtained, directly and indirectly, as a result of their participation in the firearms trafficking offenses alleged in Counts One, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve and Twenty-Two.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

October 28, 2025
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Brandon E. Gibson*
BRANDON E. GIBSON
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit One
Western District of Missouri